IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY GARRETT, | ) | 4:14CV3145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF ILLINOIS, ATTORNEY | ) | |
| GENERAL-RESPONDENT, and | ) | |
| PEOPLE OF THE STATE OF | ) | |
| ILLINOIS-DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On July 7, 2014, Plaintiff filed his Complaint in this matter. (Filing No. 1.) However, Plaintiff failed to pay the filing and administrative fees or file a motion for leave to proceed in forma pauperis. (*See* Docket Sheet.) On July 22, 2014, the court ordered Plaintiff to either tender the filing and administrative fees to the Clerk of the Court or submit a request to proceed in forma pauperis. (Filing No. 4.) The court warned Plaintiff that failure to take either action by a specified date would result in the dismissal of this matter without further notice. (*Id.*) Plaintiff did not tender the filing and administrative fees or submit a request to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint (Filing No. 1) is dismissed for want of prosecution.

2. A separate Judgment will be entered in accordance with this Memorandum and Order.

DATED this 3rd day of September, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.